Jeffrey Ashby
16989 SW 123rd Avenue
Tigard, Or 97224

The Honorable Anna J. Brown
U.S. District Court for the District of Oregon
1000 SW Third Ave
Portland, OR 97204

RE: ABS-CBN Corp, et al. v. Jeffrey Ashby, et al.
USDC-OR Portland Division Case No. 3-14-CY-1275 HU
Temporary Restraining Order.

Dear Judge Brown:

A response to a preliminary injunction was due yesterday, August 13, 2014. Unfortunately we were not able to meet that deadline, because we could not agree with the notice that was prepared by the attorneys for ABS-CBN. We believe the preliminary injunction is not necessary because all our sites have already been taken down permanently.

I created these websites for my wife who is from the Philippines, so she and others who are far from the Philippines could enjoy materials from their culture that are otherwise unavailable to them. Since these materials were already on the web, we did not think there would be a problem to simply link to them. No content was ever hosted on our server.

We did not know that there might be copyright, or trademark problems with these materials already on the web, but when we learned that there could be a problem, our web sites were immediately and permanently taken down. The websites we were responsible for are:
Watchfilipinotv.com, Pinoystreaming.com, Pinoytalaga.com, Watchfilipinomovies.com, Pinoymoviefan.com

All other sites listed on documents belong to someone else, and should be removed. Only one site had much activity. Some were just used for web design testing and had no activity at all. Now that we are aware of the problems, we will never use sites for this kind of activity again.

The restraint document we were asked to sign contained numerous errors and inaccurately characterized our activities. They also listed sites on the document that we have no knowledge of. We worked until late yesterday morning with intention to resolve the problems and sign the restraint order so it could be presented to you on Friday. Unfortunately there were just too many problems with
the restraint document. Our only option left was to file our response today.

We respectfully request that you forgive the late reply.

Sincerely,

Jeff Ashby and Lenie Ashby

RECD 14 AUG '14 10:55 USDC-ORP

The Honorable Anna J. Brown
U.S. District Court for the District of Oregon
1000 SW Third Ave
Portland, OR 97204

Jeffrey Ashby
16989 SW 123rd Avenue
Tigard, Or 977224