IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ABS-CBN CORPORATION, a Philippine corporation; ABS-CBN FILM PRODUCTIONS, INC. d/b/a Star Cinema, a Philippine corporation; and ABS-CBN INTERNATIONAL, a California corporation,<br><br>      Plaintiffs,<br><br>v.<br><br>JEFFREY ASHBY, an individual; LENIE ASHBY, an individual; jointly d/b/a WEBPINOYTAMBAYAN.COM; WATCHFILIPINOTV.COM; WATCHFILIPINOMOVIES.COM; PINOY-TVKO.COM; PINOYTVKO.BIZ; PINOY-TUBE.COM; MYPINOYTUBETV.COM; PINOYTALAGA.COM; PINOYSTREAMING.COM; PINOYMOVIEFAN.COM; PINOYTVEPISODES.NET; PINOYTVEPISODES.INFO; and DOES 1-100,<br><br>      Defendants. | 3:14-CV-01275-HU<br><br>OPINION AND ORDER |

1 - OPINION AND ORDER

**MATTHEW A. LEVIN**
**CHAD M. COLTON**
Markowitz Herbold Glade & Mehlhaf, PC
1211 S.W. Fifth Avenue
Suite 3000
Portland, OR 97204
(503) 295-3085

       Attorneys for Plaintiffs

**BROWN, Judge.**

    On August 15, 2014, the Court held further proceedings on Plaintiffs' *Ex Parte* Application (#3) for Entry of Temporary Restraining Order and *Ex Parte* Application (#4) for Temporary Order Restraining Transfer of Assets.  Although Defendants Jeffrey and Lenie Ashby sent the Court a letter before the hearing, neither of them nor any person or attorney appeared at the hearing on behalf of any defendant.

    For the reasons stated on the record, the Court **CONTINUES** the Temporary Restraining Orders (#12, #13) entered August 8, 2014, until further Order of the Court and not any later than **September 18, 2014,** when, as noted below, the Court will conduct an evidentiary hearing on Plaintiffs' outstanding request for a preliminary injunction.

    Pursuant to its case-management authority under Federal Rule of Evidence 16, the Court grants all parties leave to conduct immediately expedited discovery limited to the issues relevant to Plaintiffs' request for a preliminary injunction.

2 - OPINION AND ORDER

The Court **DIRECTS** Plaintiffs to file no later than **Noon**, **September 11, 2014**, a Memorandum in Support of their request for a preliminary injunction in this matter concisely setting forth the issues to be determined and the facts and legal standards relevant to resolving such issues.

Defendants may, but are not required to, file a written response to Plaintiffs' Memorandum no later than **Noon, September 16, 2014.**

As noted, the Court will conduct an evidentiary hearing on Plaintiffs' request for preliminary injunction on **September 18, 2014, at 10:00 a.m.** in Courtroom 14A of the United States Courthouse, 1000 S.W. Third Avenue, Portland, Oregon.

The Court **ADVISES** Defendants Jeffrey and Lenie Ashby that they may appear *pro se* as individuals and represent themselves individually and to the extent that they individually are "doing business as" any named Defendant-entity. Because Defendants Jeffrey and Lenie Ashby are not attorneys, however, they may not represent corporations or other unincorporated associations in this Court. *See, e.g., McGowan v. Boek*, 402 F. App'x 287, 288 (9th Cir. 2012)("'Corporations and other unincorporated associations must appear in court through an attorney.'" Quoting *Licht v. Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994)).

Any Defendant receiving notice of this Order who fails to appear at the September 18, 2014, evidentiary hearing or who

3 - OPINION AND ORDER

otherwise fails to defend against Plaintiffs' request for a preliminary injunction risks the Court taking action against them and deciding the merits of the request for a preliminary injunction on the uncontested record.

The Court directs Plaintiffs' counsel to serve a copy of this Order on Defendants in the same manner as required for service of summons and complaint and to file proof of service of same in the record of this matter before the September 18, 2014, evidentiary hearing.

IT IS SO ORDERED.

DATED this 15th day of August, 2014.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

4 - OPINION AND ORDER